UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HUFFMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; COMCAST OF CONTRA COSTA, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:15-cv-02186-DAD-SKO<br><br><br>PLAINTIFFS JASON SHELTON AND JOHN SCHMITT, JR. HAVE BEEN DISMISSED WITH PREJUDICE<br><br>(Doc. No. 22) |

On June 9, 2016, the parties filed a joint stipulation dismissing plaintiffs Jason Shelton and John Schmitt, Jr. from this action with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 22.) In light of the parties' stipulation, Jason Shelton and John Schmitt, Jr. have been dismissed from this action with prejudice and without an award of attorneys' fees and costs to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is directed to terminate plaintiffs

/////

/////

/////

/////

1

1  Jason Shelton and John Schmitt, Jr. from this action.  This dismissal does not affect the
2  status of the other plaintiffs in the action.
3  IT IS SO ORDERED.
4  Dated:  **June 12, 2016**                          *Dale A. Drozd*
5                                                            UNITED STATES DISTRICT JUDGE

2